United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Howard Cohan, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-60017-Civ-Scola |
| ) | |
| Miranjali, LLC, Defendant. ) | |

### Order of Dismissal

The parties have filed a Joint Motion for Approval and Entry of Consent Decree. (ECF No. 9.) The parties ask the Court to approve and adopt the Consent Decree signed by the parties. (ECF No. 9-1.). Having reviewed the motion, the Consent Decree, the record, and the relevant legal authorities, the Court **grants** the motion. (**ECF No. 9**.)

Accordingly, it is **ORDERED** and **ADJUDGED** that the Consent Decree is **approved and adopted**, and this matter is **dismissed with prejudice**. Further, the Court reserves jurisdiction to enforce the Consent Decree. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). The Court directs the Clerk to **close** this case. Any party may move to reopen the case to enforce the terms of the Consent Decree. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on February 16, 2023.

_____
Robert N. Scola, Jr.
United States District Judge